Name __Eric Jay Holden__

Prison Number __#3159__

Place of Confinement _____

Address _____

RECEIVED
APR 25 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

__Eric Jay Holden__
(Full name)

Petitioner,

vs.

__David W. Marquez__
(Name of WARDEN, Superintendent, Jailor or other authorized person with **custody** of Petitioner -- the respondent is NOT the "State of Alaska")

Respondent.

Case No. __3:06-CV-00093 TMB__
(To be supplied by Court)

**PETITION FOR WRIT OF HABEAS CORPUS**

**Under 28 U.S.C. § 2254
By a Person in ~~State Custody~~ Convicted in State Court**

## CONVICTION UNDER ATTACK

1. Name and location of court which entered the conviction under attack: __Alaska Superior Court at Palmer, Alaska__

2. Full date of judgment of conviction: __4 / 12 / 04__ (month/day/year)

    a.    Case Number: __3PA-503-_____CR___

3. What was your plea? (Check one) ____ Not Guilty ____ Guilty __✓__ Nolo Contendre

    a.    If you entered a guilty plea to one count, and a not guilty plea to another count, give details:_____

    b.    If you entered a (plea of guilty) pursuant to a plea bargain, state the terms and conditions of the agreement:_____

4. Were you sentenced on more than one count of an indictment, in the same court at the same time? ____ Yes __✓__ No

5. What was (were) the offense(s) for which you were convicted? (All counts)_____
    __Breath Test Refusal_____

6. Kind of trial: (check one) ____ Jury ____ Judge only

7. Did you testify at trial? ____ Yes ____ No

§ 2254 Form
Effect. 10/01

8. Length of sentence(s): __20 days__

9. Do you have any (future) state court sentence to serve after you complete the sentence imposed by the judgment under attack? ___ Yes _X_ No — *completed sentence already* (If "yes", you must add the state's Attorney General as an additional respondent. If you have a sentence to be served now or in the future under a **federal** judgment which you wish to attack, you should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

   a. If yes, give the name and location of the court which imposed the sentence to be served in the future: _____

   b. Give the date and length of sentence to be served in the future: _____

   c. Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? _X_ Yes ___ No — *state court post conviction relief*

*CAUTION: In order to proceed in federal court, you must first **exhaust** your state court remedies as to each ground on which you request action by the federal court. You are cautioned that there is a **one-year limitations period** in which to file a habeas petition in federal court, and that a petition brought under § 2254 will be dismissed if not brought within that period, unless there are "extraordinary circumstances" beyond your control, which made it impossible to file your petition on time. The one year limitations period is tolled (suspended) during any **state** court post-conviction proceedings. If you file a petition in federal court before you have fully exhausted your claim(s) in state court, the federal petition will **not** toll the statute of limitations.*

## GROUNDS FOR RELIEF

10. For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. You may also have grounds which are not listed here. Do not check any of these listed grounds. If you select any of these grounds for relief, you must allege **facts**. The petition will be returned to you if you merely check specific grounds.

   a. Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with an understanding of the nature of the charge and the consequences of the plea.
   b. Conviction obtained by use of coerced confession.
   c. Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
   d. Conviction obtained by use of evidence gained pursuant to an unlawful arrest.
   e. Conviction obtained by a violation of the privilege against self-incrimination.
   f. Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   g. Conviction obtained by a violation of the protection against double jeopardy.
   h. Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   ✓ i. Denial of effective assistance of counsel.
   j. Denial of right of appeal.

**State each ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize** *briefly and concisely* **the facts supporting each ground. If you claim more than three grounds, make copies of blank pages 4 - 7, and attach those pages stating additional grounds and** *facts* **which support those grounds. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a future action.**

Ground 1 (a - j): _i_ (just one), or Other: _Denied Right to contact friends and family to contact attorney for advise before refusing breath test - violation of federal constitution_

§ 2254 Form
Effect. 10/01

**Supporting FACTS** (State *briefly*, without citing cases or law): _____

Arrested for DUI. Officer told me could use phone to call attorney directly during early morning hours. I was told I could not use phone for any other reason. I wanted to contact friend to contact attorney to help me decide if I should take breath test.

_____

_____

_____

_____

**Exhaustion of state court remedies regarding Ground 1:**

☞   **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

___ Yes  ✔ No.   Result:_____

Case Number:_____   Date of Decision: __/__/__

If no, why not: pled out!

Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No.

Result:_____

Case Number:_____   Date of Decision: __/__/__

§ 2254 Form
Effect. 10/01

If no, why not: _pled to offense, did not know of violation of federal constitution_

☞ **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

_X_ Yes ___ No. Name of court: _Palmer ~~Superior~~ District Court_

Case number: _3PA-02-916 CI_  Date petition filed: _7/10/02_

Did you receive an evidentiary hearing? _X_ Yes ___ No

Result of proceeding: _Denial of petition_  Date of result: _4/12/04_

If you did not raise this issue, why not: _____

a.  Did you appeal *this issue* to the Alaska Court of Appeals? _X_ Yes ___ No

Result of proceeding: _Affirmed denial of petition_

Case number: _A-8780_  Date of result: _11/16/05_

If no, why not: _____

b.  Did you appeal *this issue* to the Alaska Supreme Court? _X_ Yes _by petition_ ___ No

Result of proceeding: _Denial of Review_

Case number: _S-12179_  Date of result: _4/7/06_

If no, why not: _____

☞ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)? ___ Yes (X) No. If yes, explain:

_____

_____

**Ground 2:**(a - j):____ (just one), **or** Other:_____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

§ 2254 Form
Effect. 10/01

**Exhaustion of state court remedies regarding Ground 2:**

☞ **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

___ Yes ___ No. Result:_____

Case Number:_____ Date of Decision:___/___/___

If no, why not:_____

_____

Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No.

Result:_____

Case Number:_____ Date of Decision:___/___/___

If no, why not:_____

_____

☞ **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

___ Yes ___ No. Name of court:_____

Cse number:_____ Date petition filed:___/___/___

Did you receive an evidentiary hearing? ___ Yes ___ No

Result of proceeding:_____ Date of result:___/___/___

If you did not raise this issue, why not:_____

_____

    a.    Did you appeal *this issue* to the Alaska Court of Appeals? ___ Yes ___ No

        Result of proceeding:_____

§ 2254 Form
Effect. 10/01

Case number:_____ Date of result:___/___/___

If no, why not: _____

_____

b.    Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No

Result of proceeding:_____

Case number:_____ Date of result:___/___/___

If no, why not:_____

_____

☞   **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)? ___ Yes ___ No. If yes, explain:

_____

_____

_____

**Ground 3:(a - j):**____ (just one), **or** Other:_____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law):_____

_____

_____

_____

_____

§ 2254 Form
Effect. 10/01

_____

_____

_____

_____

_____

_____

_____

**Exhaustion of state court remedies regarding Ground 3:**

☞ **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

____ Yes ____ No.   Result:_____

Case Number:_____ Date of Decision:____/____/____

If no, why not:_____

_____

Did you appeal *this issue* to the Alaska Supreme Court? ____ Yes ____ No.

Result:_____

Case Number:_____ Date of Decision:____/____/____

If no, why not:_____

_____

☞ **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

____ Yes ____ No.   Name of court:_____

Case number:_____ Date petition filed:____/____/____

§ 2254 Form
Effect. 10/01

Did you receive an evidentiary hearing? ___ Yes ___ No

Result of proceeding:_____ Date of result:___/___/___

If you did not raise this issue, why not:_____

a.   Did you appeal *this issue* to the Alaska Court of Appeals? ___ Yes ___ No

Result of proceeding:_____

Case number:_____ Date of result:___/___/___

If no, why not:_____

b.   Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No

Result of proceeding:_____

Case number:_____ Date of result:___/___/___

If no, why not:_____

☞   **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)? ___ Yes ___ No. If yes, explain:

_____

_____

11.   Have ***all grounds*** raised in this petition been presented to the highest state court having jurisdiction? _X_ Yes ___ No

§ 2254 Form
Effect. 10/01

a. If no, which grounds have not been presented?_____

_____

b. Explain reasons for not presenting grounds:_____

_____

**Attach a copy the highest state court written decision(s) regarding this conviction.** If you have not attached copies of your state court written decision(s), why not?_____

_____

_____

## SUCCESSIVE PETITIONS

12. Is this the first *federal* petition for writ of habeas corpus challenging this conviction?

    __X__ Yes ____ No

    a. If no, in what court was the prior action filed?_____

       What was the prior case number?_____

    b. Was the prior action (check one): ____ denied on the merits

       or ____ dismissed for procedural reasons?

    c. Date of decision: ___/___/___ (month/day/year)

    d. Are there any issues in this petition raised in the prior petition? ____ Yes ____ No

    e. If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this successive petition? ____ Yes ____ No

       If yes, please attach a copy of the order. Attached? ____ Yes ____ No

*** **You must obtain permission before filing your successive petition.** ***

13. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment being attacked:

   a. At preliminary hearing: N/A

   b. At trial: N/A

   c. At sentencing: N/A

   d. On appeal: N/A

   e. In any post-conviction proceeding: Eugene B. Cyrus 13135 Old Glenn #201, Eagle River, Alaska 99567

   f. On appeal from any adverse ruling in a post-conviction proceeding: Eugene B. Cyrus 13135 Old Glenn #201 Eagle River, Alaska 99567

14. Do you have any petition, application, motion or appeal (or by any other means) now pending in any court regarding the conviction that you are challenging in this action? ___ Yes  X No

   a. If yes, state the name of the court and the nature of the proceedings: _____

Date you are mailing (or handing to correctional officer) this petition to the Court: 4/24/06

WHEREFORE, petitioner prays that the Court will grant him/her such relief to which s/he is entitled in this federal petition for writ of habeas corpus under 28 U.S.C. § 2254 by a person in state custody.

_Epic Holden_
(Signature of Petitioner)

_____
(Signature of attorney, if any)

_____
(Signature of person who prepared this petition, if not Petitioner)

_Eugene B. Cyrus_
_13135 Old Glenn Highway, Suite_
_Eagle River, Alaska  99577_
(Typewritten or printed name & address of person who prepared this petition)

_____
(Typewritten/printed name of attorney)

_____
(Attorney's address & telephone number)

## DECLARATION UNDER PENALTY OF PERJURY

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed at _PALMER, ALASKA_ on _4-13-06_
            (Location)                    (Date)

_Epic Holden_                    _# 3159_
(Signature)                      (Inmate Number)

§ 2254 Form
Effect. 10/01