# In the Supreme Court of the State of Alaska

RECEIVED
APR 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Eric J. Holden,

        Petitioner,

v.

State of Alaska,

        Respondent.

Supreme Court No. S-12179

**Order**
Petition for Hearing

Date of Order: 04/07/06

Court of Appeals #A-08780
Trial Court Case # 3PA-02-00916CI
           3PA-00-00488CR

Before: Bryner, Chief Justice, and Matthews, Eastaugh, Fabe, and Carpeneti, Justices.

On consideration of the Petition for Hearing filed on **01/03/06**, and the response filed on **01/10/06**,

**IT IS ORDERED**:

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

                        Clerk of the Appellate Courts

                        *Marilyn May*
                        Marilyn May

cc:    Supreme Court Justices
        Court of Appeals Judges
        Judge Eric Smith
        Central Staff
        Trial Court Appeals Clerk - Palmer

Order8s.wpt
Rev 05/19/2004 — WP11