UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  ERIC JAY HOLDEN   v.   DAVID W. MARQUEZ  

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                     CASE NO.   3:06-cv-00093-TMB-JDR  

 Elisa Singleton 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 26, 2006

---

    The above-referenced case is referred to Magistrate Judge <u>John D. Roberts</u> for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| ___ | (1) | Administrative Inspection warrants; |
| ___ | (2) | Matters relating to nonpayment of seaman's wages; |
| XX | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| ___ | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| ___ | (5) | Preferred ship mortgage foreclosures; |
| ___ | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| ___ | (7) | Matters relating to the enforcement of administrative subpoenas. |

Revised 4/7/06