In the United States District Court
for the District of Alaska

Eric J. Holden,
  Petitioner,
vs.
State of Alaska,
  Respondent.

Case No. 3:06-cv-00093 TMB CI.

RECEIVED
APR 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## Motion for Appointment of Counsel

Comes Now, Eric J. Holden pro se, respectfully requesting appointment of counsel, due to petitioner's indigency, medical disibilities and, limited finicial and legal resources/knowledge.

Respectfully Submitted,

Eric J. Holden
4-13-06

cc/respondent