Name **Eric Holden**
Prison Number **#3159**
Mailing Address, Zip Code, Place of Confinement **1774 N. Pioneer Peak Dr.**
**Wasilla, AK. 99654**

RECEIVED
JUN 1 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**Eric Jay Holden**,

Plaintiff,

vs.

**David W. Marquez**

_____,

Defendant(s).

Case No. **3:06-cv-00093-TMB**

RESPONSE TO
ORDER TO SHOW CAUSE

I, **Eric Holden**, proceeding without counsel, respond to the Court's Order to Show Cause as follows: I am presently in custody on Electronic Monitoring and, my custodian/supervisor is Ms. Arelia Gonzalez. After speaking to The Federal Public Defender today (6-7-06), I was advised to request legal representation to adequately address & present this constitutional legal question to this honorable court.

PS 07A
F:\PUBLIC\DOCS\FORMS\Pro_Se\PS07A Response to Order to Show Cause Prisoner.wpd

_____

_____

_____

_____

_____

_____

_____

I have attached true and correct copies of the following documents to this response:

_____

_____

_____

I, _Eric Holden_, declare under penalty of perjury, that I have reviewed the above response, and that the information contained in this response is true and correct.

DATED _June 9, 2006_, at _Home - on Electronic Monitoring_.
(Location)

_Eric Holden_
Signature

I hereby certify that a copy of the above response was mailed, postage prepaid, to the United States District Court for the District of Alaska, at 222 W. 7th Avenue, # 4, Anchorage, Alaska 99513, on _6-9-06_.
(Date of mailing, or handing to correctional officer)

_Eric Holden_
Signature

PS 07A
F:\PUBLIC\DOCS\FORMS\Pro_Se\PS07A Response to Order to Show Cause Prisoner.wpd      2      **RESPONSE**