Diane L. Wendlandt
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: diane_wendlandt@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,               )<br>                              )<br>        Petitioner,            )<br>                              )<br>    vs.                       )<br>                              )<br>DAVID W. MÁRQUEZ,             )<br>Attorney General,             )<br>                              )<br>        Respondent.           )<br>_____) | Case No. 3:06-cv-00093-TMB<br><br>SUPERSEDING ENTRY OF APPEARANCE |

      The undersigned hereby enters her appearance as attorney for the Respondent. All further pleadings and communications in this case should be addressed to:

      Diane L. Wendlandt
      Office of Special Prosecutions and Appeals
      310 K Street, Suite 308
      Anchorage, AK  99501

DATED July 3, 2006 , at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

        s/ Diane L. Wendlandt
          Assistant Attorney General
          State of Alaska, Dept. of Law
          Office of Special Prosecutions
            and Appeals
          310 K St., Suite 308
          Anchorage, Alaska 99501
          Telephone: (907) 269-6250
          Facsimile: (907) 269-6270
          e-mail: diane_wendlandt@law.state.ak.us
          Alaska Bar No. 9011121

**Certificate of Service**

I certify that on July 3, 2006, a copy of the foregoing Superseding Entry of Appearance was served electronically on **Douglas H. Kossler, Diane L. Wendlandt** and on **Eric Jay Holden** by regular U.S. mail.

        s/ **Diane L. Wendlandt**