Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>DAVID W. MARQUEZ,<br><br>　　　　　Respondent. | Case No. 3:06-cv-0093-TMB<br><br>**MOTION TO EXTEND TIME FOR FILING AMENDED PETITION**<br>*Filed on Shortened Time* |

　　　　Petitioner, Eric Jay Holden, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time to file Mr. Holden's amended petition. The extension of time is necessary because the undersigned has been awaiting, for approximately ten days, the receipt of Mr. Holden's state court file from his former attorney, Eugene Cyrus. Mr. Cyrus seems determined to deliver it on the morrow. As the undersigned will need approximately ten days to review it, and then further confer with Mr. Holden, a continuance of two weeks is requested.

DATED this 26th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.

/s/ Mary C. Geddes