UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>             Petitioner,<br><br>vs.<br><br>DAVID W. MARQUEZ,<br><br>             Respondent. | Case No. 3:06-cv-0093-TMB<br><br>**PROPOSED<br>ORDER EXTENDING TIME TO FILE<br>AMENDED PETITION** |

After due consideration of petitioner's Motion to Extend Time for Filing Amended Petition, the court GRANTS the motion. The amended petition in this matter is due on August 9, 2006. Any response to the amended petition shall be due September 8, 2006.

    DATED _____, 2006, in Anchorage, Alaska.

                                            _____
                                                         John D. Roberts
                                              United States Magistrate Judge