Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>            Petitioner,<br><br>vs.<br><br>DAVID W. MARQUEZ,<br><br>            Respondent. | Case No. 3:06-cv-0093-TMB<br><br>**MOTION TO EXTEND TIME FOR FILING AMENDED PETITION**<br>*Filed on Shortened Time* |

      Petitioner, Eric Jay Holden, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a second brief extension of time to file Mr. Holden's amended petition.  On July 27, 2006, the undersigned received Mr. Holden's state court file from his former attorney, Eugene Cyrus.  While she has had an opportunity to review the file, she has not since consulted with Mr. Holden about its contents.  Therefore, a continuance of two weeks is requested to accommodate that consultation, making the amended petition now due on Monday, August 28, 2006.  This extension is not opposed by Douglas Kossler, counsel for the Respondent.

DATED this 14th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 14, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.

/s/ Mary C. Geddes