Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>          Petitioner,<br><br>     vs.<br><br>DAVID W. MARQUEZ,<br><br>          Respondent. | Case No. 3:06-cv-0093-TMB<br><br>**MOTION TO EXTEND TIME FOR FILING AMENDED PETITION**<br>*Filed on Shortened Time* |

Petitioner, Eric Jay Holden, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for another relatively brief extension of time to file Mr. Holden's amended petition. The undersigned has had Mr. Holden's case file for approximately one month. While she has reviewed the file and consulted with Mr. Holden, she has not yet had an opportunity to submit an amended petition, although she intends to do so. Therefore, a continuance of two weeks is requested, making the amended petition now due on Monday, September 11, 2006. This extension is not opposed by either Diane Wedlandt or Douglas Kossler, counsel for the Respondent.

DATED this 28th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 28, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Diane Wedlandt, Esq.
Doug Kossler, Esq.

/s/ Mary C. Geddes