Screen for VRA

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ~~ANCHORAGE~~ Palmer

## JUDGMENT

☒ State of Alaska      ☐ Municipality of Anchorage

vs.      Count _____

Defendant: ___ Holden ___    CASE NO. 3AN- 00-488 CR

DOB _____ Address: _____

AHN 034413894

| PLEA: ☐ Not Guilty ☐ Guilty ☒ No Contest | RULE 11(e) Plea: ☐ Yes ☐ No ☒ Partial | TRIAL: ☐ Court ☐ Jury |

Defendant is: ☐ **NOT GUILTY**. It is ordered that defendant is acquitted and discharged.
☒ **GUILTY** of:
☐ Driving While Intoxicated: AS 28.35.030 / AMC 9.28.020
☒ Refusal of Breath Test: AS 28.35.032 / AMC 9.28.022
☐ Driving w/License Revoked/Suspended: AS 28.20.340 / AMC 9.12.010
☐ _____

DWI Priors _____ BAC _____
☐ DWI – Commercial Vehicle – AS 28.33.030
☐ Refusal – Commercial Vehicle – AS 28.33.031(b)
☐ Reckless Driving: AS 28.35.040 / AMC 9.28.010

### SENTENCE IS IMPOSED AS FOLLOWS:

**DIRECT COURT ORDERS**

1. FINE: $1000 with $500 suspended. Due 2/13/01 Bail to Fine $_____
   ☐ Fees paid to court-ordered programs will be credited to fine if defendant gives proof of payment to clerk by above due date.
2. SURCHARGE due within 10 days: ☒ $75 (DWI/Refusal) ☐ $50 (Misd) ☐ $10 (Infraction) ☐ None (Fine Under $30)
3. JAIL 150 days with 30 days suspended. ☐ all but 72 consecutive hours suspended. Report at 7:45 a.m. on
   2/16/01 _____ to Cordova Center, 130 Cordova Street, Anchorage. 2 months
4. ☒ Defendant shall pay the cost of imprisonment: ☐ $270 ☒ $1000. Due ~~immediately~~. Make payment to:
   ☒ State of Alaska, Collections Unit, 1031 W. 4th Av., Suite 200, Anchorage, AK 99501. Phone: 269-5205
   ☐ Municipality of Anchorage, Collections Office, 632 W. 6th Ave., Rm. 330, Anchorage, AK 99519. Phone 343-6683
5. ☒ Defendant is ordered to complete the treatment recommended by the Anchorage Alcohol Safety Action Program (AASAP) and pay costs. Report to AASAP within 5 days. This may include residential treatment up to ___ days plus required aftercare in addition to any jail time ordered above. See "Instructions for Defendant After Sentencing."
6. ☒ Defendant's driver's license is revoked for ___/___ days/years. ☒ Concurrent with DMV action.
7. ☐ The vehicle used in this offense is impounded for 30 days.
8. ☐ Defendant shall forfeit all of defendant's interest in the motor vehicle used in this offense.
9. ☐ Defendant is ordered to perform _____ hours Community Work Service (CWS) within/by _____
    ☐ CWS not completed will convert to 3 hours of jail per CWS hour.
10. ☐ Defendant is ordered to make restitution to _____ for uninsured loss of $ _____
    due _____ days after amount is set by the court. See "Instructions for Defendant After Sentencing".
11. ☐ Defendant is ordered _____

**CONDITIONS OF PROBATION.** Defendant is placed on probation for 3 years/months, subject to the following conditions:

12. ☒ Comply with all direct court orders listed above by the deadlines stated and follow the instructions on the "Instructions for Defendant After Sentencing" form that was given to you at sentencing.
13. ☒ Commit no jailable offenses during the period of probation.
14. OTHER: _____

**COST OF COUNSEL (If Appointed).** Unless you object within 10 days, the court will enter a judgment against you for the cost of appointed counsel in the amount of ☐ $500 (Trial) ☒ $200 (Change of Plea) ☐ $_____ (Actual Costs). Reasons for waiving schedule of costs: _____
You may use form CR-531, available in the Clerk's Office, to file your opposition.

I certify that on _____ a copy of this judgment was given to
☐ Def/Atty ☐ Prosecutor
☐ AASAP ☐ Jail
IN-COURT CLERK: _____

_____ 12/13/01
District Court Judge/Magistrate    Effective Date
Print Name: Adams

Ex. E, p. 1

CR-461 ANCH (5/00)(st.4)
JUDGMENT- DWI - DWLR - RECKLESS

See CR-462A for statistical information.
Crim R. 32, 22 AAC 05.615