IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _PALMER_

FILED IN THE TRIAL COURTS
STATE OF ALASKA, THIRD DISTRICT
AT PALMER

JUL 10 2002

Clerk of the Trial Courts
By _Incourt_ Deputy

In the Matter of the Application
for Post Conviction Relief Of:

_Eric J. Holden_
(Name of Applicant)

FOR COURT USE ONLY
CASE NO. _3PA-02-916_ CI

APPLICATION FOR POST CONVICTION
RELIEF FROM CONVICTION OR
SENTENCE (CRIMINAL RULE 35.1)

**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I, _Eric J. Holden_, hereby apply for relief under Criminal Rule 35.1.

PART A
(Please type or print neatly. Also, if possible, please attach a copy of your judgment of conviction.)

The conviction (sentence) from which I seek relief is as follows:

1. Full original case number: _3PA-00-488CR_
   Case name: _State_ v. _Holden_
   (plaintiff)                    (defendant)

2. Court which imposed sentence: ☒ District Court   ☐ Superior Court
   Court Location: _Palmer_   Name of Judge _____

3. Date shown in clerk's certificate of distribution on the judgment: _____

4. Date of sentencing and terms of sentence: _2/13/01_
   _$1000/500 ; 150 days/130 susp._

5. Crime or crimes of which I was convicted: _Refusal_

Page 1 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

Exc. 1

000006     AS 12.7
           Crim     Ex. F, p. 1

6. I am now ☐ not in custody ☒ in custody at *Mat-Su*
7. Mailing address: *c/o Eugene Cyrus, 13135 Old Glenn, #205, Eagle River, AK. 99577*
8. The finding of guilty was made after a plea of
   ☐ guilty   ☐ not guilty   ☒ nolo contendere
9. Finding was made by ☐ a jury   ☒ a judge
10. Name and address of my lawyer: *Lance Wells*

☐ I was not represented by a lawyer.

11. Lawyer was ☐ employed by me   ☐ appointed by the court
12. Did you appeal your conviction (or sentence)? *No*
13. If you answered "yes" to question No. 12 above, state the following:
    a. the name of each court to which you appealed:

    b. the result in each court to which you appealed and the date of such result:

    c. Did a lawyer represent you on the appeal(s)?

    State the name(s) and address(es) of your lawyer(s) on the appeal(s):

    Lawyer was: ☐ employed by you   ☐ appointed by the court

14. Have you filed a previous application for post conviction relief in this case? *No*
15. Did you seek any other review of or relief from this conviction or sentence (for example, by filing a motion to modify or correct the sentence, or a petition for habeas corpus or coram nobis in this court or any other state or federal court)? *No*

Page 2 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

Exc. 2

000007

Ex. F, p. 2

AS 12.72.010-.040
Crim. Rule 35.1

16. If you answered "yes" to No. 14 or No. 15, state the following:

  a. each ground for relief which you previously presented:

  _____
  _____
  _____
  _____
  _____
  _____
  _____
  _____

  b. the proceedings in which each ground was raised:

  _____
  _____
  _____
  _____
  _____
  _____
  _____

  c. the results of each proceeding and the date of such results:

  _____
  _____
  _____
  _____
  _____
  _____
  _____
  _____

  d. the name and address of lawyers(s), if any, who represented you in these proceedings (separately for each proceeding) _____
  _____
  _____

  e. lawyer was ☐ employed by me   ☐ appointed by the court

Page 3 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

Exc. 3

000008

Ex. F, p. 3

AS 12.72.010-.040
Crim. Rule 35.1

## PART B

I believe I have grounds for relief from the conviction and sentence described in Part A.

1. My grounds for relief are as follows: (State which parts of Criminal Rule 35.1(a) you believe apply to your case.)

   _See Attached memorandum_

2. The facts which support each of the grounds set out above are: (List in the same order as set out in paragraph 1.)

   _See Attached memorandum_

Page 4 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

Exc. 4

000009

Ex. F, p. 4

AS 12.72.010-.040
Crim. Rule 35.1

3. I have personal knowledge of the following facts among those listed in paragraph 2: (False statements with regard to facts stated upon your personal knowledge are subject to the penalties for perjury.)

_See Attached memorandum_

4. What evidence, other than your own statements, do you have to prove the facts you stated in paragraph 2 above? (You must attach all affidavits, records or other evidence supporting your allegations or state why they are not attached.)

_See attached_

Page 5 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

Ex. 5

_Eugene_ 7/09/05

AS 12
000010  Cri

Ex. F, p. 5

PART C
(Fill out this section only if you claim that you are indigent. You must attach a sworn Financial Statement on form CR-206. Note: AS 18.85.100(c) limits the appointment of counsel in post conviction relief proceedings.)

☐ I request that the filing fee be partially waived for this application. I am attaching:

1. a filled out CIV-670 PRISONER REQUEST FOR FILING FEE EXEMPTION,
2. a filled out CR-206 FINANCIAL STATEMENT,
3. a certified copy of my prisoner account statement for the past six months from the Department of Corrections (DOC), and
4. a cover memo from the Department of Corrections listing average monthly deposits and average balance in my account.

☐ I request that the court appoint an attorney to represent me in this proceeding because I cannot afford to pay for one. I understand that:

1. I must provide to the court all financial information requested by the court so the court can decide if I qualify for an appointed attorney. This information may be made available to the Attorney General after the conclusion of this proceeding. If I give false information, it may be used to prosecute me for perjury.

2. If my financial situation changes and I do not report this to the court, the law requires my appointed attorney to do so.

3. If my application for post conviction relief is denied, the court will enter a judgment against me which will require me to pay part of the cost of my appointed attorney.* In most cases the court will use the schedule shown below to determine the amount I will be required to pay. However, in unusual circumstances, the court may enter judgment against me for more or less than the scheduled amount. After the judgment is entered, I may request the court to reduce the amount of the judgment if payment would cause manifest hardship to me or my family.

Schedule of Costs For Court-Appointed Counsel

| Offense of Which Applicant Was Convicted | | | |
|---|---|---|---|
| Misdemeanor | Class B or C Felony | Class A or Unclassified Felony | Murder in the 1st or 2nd Degree |
| $250 | $250 | $500 | $750 |

---
* Pamphlet CR-204 explaining the benefits and costs of court-appointed counsel is available from the court.

Page 6 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

Exc. 6
000011

Ex. F, p. 6
AS 12.72.010-.040
Crim. Rule 35.1

## GENERAL WAIVER

If I have requested a court-appointed attorney, I authorize anyone to release to the Alaska Court System all information concerning my assets, liabilities, account balances and any income source I have had for the past three years. This includes but is not limited to all current and past employers, banks, credit and depository institutions, accountants, brokers and credit bureaus.

## VERIFICATION

I, _____, say on oath or affirm that I have read all parts of the foregoing document and believe all statements made in the document are true. I understand that false statements in this application may subject me to prosecution for perjury.

_____  
Date

_____  
Signature of Applicant

_____  
Address

Subscribed and sworn to or affirmed before me at _____  
on _____.  
    (date)

_____, Alaska

(SEAL)

_____  
Clerk of Court, Notary Public, or other person authorized to administer oaths.  
My commission expires: _____

I certify that on _____, a copy of this application was sent to the District Attorney at _____, Alaska.

Clerk: _____

## Expedited Consideration

Under Criminal Rule 35.1(i), you may move for expedited consideration of this application. Your motion must comply with Civil Rule 77(g).

Page 7 of 7  
CR-610 (7/96)(cs)  
APPLICATION FOR POST CONVICTION RELIEF  
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

Exc. 7

Ex. F, p. 7

000012

AS 12.72.010-.040  
Crim. Rule 35.1