IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

In the Matter of the )
Application for Post )
Conviction Relief of: )
                      )
ERIC HOLDEN,          )
                      )
_____) CASE NO. 3PA-02-916 CI

### ORDER

It is hereby ordered that petitioner's request for post conviction relief is DENIED.

Dated at Palmer, Alaska, this 12th day of April 2004.

_____
ERIC SMITH
SUPERIOR COURT JUDGE

I certify that on 4-12-04 a copy of this document was sent to:
☐ CSED    ☒ Attorney(s) of Record
☐ Plaintiff  ☐ Defendant
☐ Other
at the address(es) of record.
Rec'd Civil____
Date     Deputy Clerk

Ex. K, p. 1

000001