# In the Supreme Court of the State of Alaska

RECEIVED
APR 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| Eric J. Holden, | ) |
|       Petitioner, | ) Supreme Court No. S-12179 |
| v. | ) **Order** |
| State of Alaska, | ) Petition for Hearing |
|       Respondent. | ) Date of Order: 04/07/06 |

Court of Appeals #A-08780
Trial Court Case # 3PA-02-00916CI
         3PA-00-00488CR

Before: Bryner, Chief Justice, and Matthews, Eastaugh, Fabe, and Carpeneti, Justices.

On consideration of the Petition for Hearing filed on 01/03/06, and the response filed on 01/10/06,

IT IS ORDERED:

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

                                     Clerk of the Appellate Courts

                                     Marilyn May

cc:   Supreme Court Justices
       Court of Appeals Judges
       Judge Eric Smith
       Central Staff
       Trial Court Appeals Clerk - Palmer

Order8a.wpt
Rev 05/19/2004 — WP11

Ex. L, p. 1