Screen for VRA

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ~~ANCHORAGE~~ Palmer

## JUDGMENT

☒ State of Alaska  ☐ Municipality of Anchorage        Count __2__

vs.
Defendant: __Eric Holden__    OL: __335634__   CASE NO. ~~3AN~~ 3PA __00-488__ CR
DOB __8-8-49__  Address:_____   AYN __103443894__

| PLEA: ☐ Not Guilty ☐ Guilty ☒ No Contest | RULE 11(e) Plea: ☐ Yes ☐ No ☒ Partial | TRIAL: ☐ Court ☐ Jury |

Defendant is: ☐ **NOT GUILTY**. It is ordered that defendant is acquitted and discharged.
☒ **GUILTY** of:                                       DWI Priors ____ BAC ____
☐ Driving While Intoxicated: ~~AS 28.35.030~~ / AMC 9.28.020    ☐ DWI – Commercial Vehicle – AS 28.33.030
☒ Refusal of Breath Test: (AS 28.35.032) AMC 9.28.022         ☐ Refusal – Commercial Vehicle – AS 28.33.031(b)
☐ Driving w/License Revoked/Suspended: AS 28.20.340 / AMC 9.12.010   ☐ Reckless Driving: AS 28.35.040 / AMC 9.28.010
☐

### SENTENCE IS IMPOSED AS FOLLOWS:

**DIRECT COURT ORDERS**

1. FINE: $ __1000__ with $ __500__ suspended. Due __8/13/01__ Bail to Fine $_____
   ☐ Fees paid to court-ordered programs will be credited to fine if defendant gives proof of payment to clerk by above due date.
2. SURCHARGE due within 10 days: ☒ $75 (DWI/Refusal) ☐ $50 (Misd) ☐ $10 (Infraction) ☐ None (Fine Under $30)
3. JAIL __150__ days with __30__ days suspended. ☐ all but 72 consecutive hours suspended. Report at 7:45 a.m. on __9/4/01__ to Cordova Center, 130 Cordova Street, Anchorage.   __12 months__
4. ☒ Defendant shall pay the cost of imprisonment: ☐ $270 ☒ $1000. Due ~~immediately~~. Make payment to:
   ☒ State of Alaska, Collections Unit, 1031 W. 4th Av., Suite 200, Anchorage, AK 99501. Phone: 269-5205
   ☐ Municipality of Anchorage, Collections Office, 632 W. 6th Ave., Rm. 330, Anchorage, AK 99519. Phone 343-6683
5. ☒ Defendant is ordered to complete the treatment recommended by the ~~Anchorage~~ Mat-Su Alcohol Safety Action Program (AASAP) and pay costs. Report to AASAP within 5 days. This may include residential treatment up to __0__ days plus required aftercare in addition to any jail time ordered above. See "Instructions for Defendant After Sentencing."
6. ☒ Defendant's driver's license is revoked for _____1_____ days/years ☒ Concurrent with DMV action.
7. ☐ The vehicle used in this offense is impounded for 30 days.
8. ☐ Defendant shall forfeit all of defendant's interest in the motor vehicle used in this offense.
9. ☐ Defendant is ordered to perform _____ hours Community Work Service (CWS) within/by _____
   ☐ CWS not completed will convert to 3 hours of jail per CWS hour.
10. ☐ Defendant is ordered to make restitution to _____ for uninsured loss of $_____
    due _____ days after amount is set by the court. See "Instructions for Defendant After Sentencing".
11. ☐ Defendant is ordered _____

**CONDITIONS OF PROBATION.** Defendant is placed on probation for __3__ years/months, subject to the following conditions:
12. ☒ Comply with all direct court orders listed above by the deadlines stated and follow the instructions on the "Instructions for Defendant After Sentencing" form that was given to you at sentencing.
13. ☒ Commit no jailable offenses during the period of probation.
14. OTHER: _____

**COST OF COUNSEL (If Appointed).** Unless you object within 10 days, the court will enter a judgment against you for the cost of appointed counsel in the amount of ☐ $500 (Trial) ☒ $200 (Change of Plea) ☐ $____ (Actual Costs). Reasons for waiving schedule of costs: _____
You may use form CR-531, available in the Clerk's Office, to file your opposition.

I certify that on __2/13/01__ a copy of this judgment was given to
☒ Def Atty ☒ Prosecutor ✓DPS ✓6th~C
☒ AASAP ☒ Jail MSPT
IN-COURT CLERK: __ka__

_____ 2/13/01
District Court Judge/Magistrate      Effective Date
Print Name: __Adams__

CR-461 ANCH (5/00)(st.4)                    Ex. A, p. 1          See CR-462A for statistical information.
JUDGMENT- DWI - DWLR - RECKLESS