## Alaska Trial Court Cases

webmaster@courts.sta

Home | CourtView Search | Name Index (Old System) | Pay Ticket Online                    CourtView He

Dockets include limited information about filings and hearings that occurred before CourtView was installed in the court.

A maximum of 100 dockets will display at one time. Select the "descending" sort option to view the last 100 dockets entered. Select the "ascending" sort option to view the first 100 dockets entered. To see more dockets, adjust the date range of your search.

New S

| Summary | Parties | Events | **Dockets** | Disposition | Costs |

## Docket Search

3PA-00-00488CR State of Alaska vs. Holden, Eric J

**Search Criteria**

| Docket Desc. | ALL |
| --- | --- |
| **Begin Date** | |

**Sort**

○ Ascending
◉ Descending

| **End Date** | |

Search

**Search Results**      43 Docket(s) found matching search criteria.

| Docket Date | Docket Text | Amount Due | Amount | Images |
| --- | --- | --- | --- | --- |
| 11/21/2003 | PTRP Withdrawn by Prosecutor Case disposed with disposition of PTRP Withdrawn by Prosecutor Charge #1: AS28.35.030: Driving While Intoxicated | 0.00 | 0.00 | |
| 11/21/2003 | Reopened | 0.00 | 0.00 | |
| 04/23/2003 | Renewed Motion for Consideration for Bail Hearing Attorney: Cyrus, Eugene B. (7410069) Case Motion #8 | 0.00 | 0.00 | |
| 04/23/2003 | Motion for Expedited Consideration Attorney: Cyrus, Eugene B. (7410069) Case Motion #7 | 0.00 | 0.00 | |
| 04/22/2003 | Motion for Expedited Consideration for Bail Hearing on April 25, 2003 Attorney: Cyrus, Eugene B. (7410069) Case Motion | 0.00 | 0.00 | |

Ex. B, p. 1

http://www.courtrecords.alaska.gov/pa/pa.urd/pamw2000.docket_lst?224872714          12/5/2006

#6

| | | | |
|---|---|---|---|
| 04/22/2003 | Motion for stay of remand/bail hearing Attorney: Cyrus, Eugene B. (7410069) Case Motion #5 | 0.00 | 0.00 |
| 04/22/2003 | Motion for Expedited Consideration Attorney: Cyrus, Eugene B. (7410069) Case Motion #4 | 0.00 | 0.00 |
| 03/28/2003 | Motion to Reconsider/Motion to Stay Remand Date Pending Post Conviction Relief Petition Attorney: Cyrus, Eugene B. (7410069) Case Motion #3 | 0.00 | 0.00 |
| 03/19/2003 | Opposition to Expedited Motion for Stay Attorney: District Attorneys Office (DA3PA) Case Motion #2: Expedited Motion | 0.00 | 0.00 |
| 03/18/2003 | Motion for Expedited Consideration of Motion for Reconsideration of Judge Smith Order of March 12, 2003 Denying Motion for Stay Attorney: Cyrus, Eugene B. (7410069) Case Motion #2 | 0.00 | 0.00 |
| 10/30/2002 | Motion for Extension of Time to respond to courts order requiring additional information Attorney: Cyrus, Eugene B. (7410069) | | 0.00 |
| 07/11/2002 | Sentencing Info: Jdg:EBS Jail:065D Jsus: Fine:$ Fsus:$ Lic: Lic Act: Term: AS:N Prob: NCV: NSV: Rest:$ Fine Cnd Prb:$ Due: Rest Cnd Prb:$ Due: | | 0.00 |
| 12/21/2001 | TRAG: Transferred to AG Prior to Conversion Txt:ReportF computer transfer to AG At:3PA Adj Amt: Rcpt#: Amt Rcvd: HowPd: Plt/DefLst:HOLDEN FN:ERIC MI:J DOB:08/08/1949 Rcvd Frm: Chk#: Amt Pd: Rsn: PdTo: F: M: D:12/21/2001 | | 0.00 |
| 05/02/2001 | TRAV: Traveling with Prior to Conversion Text: W/01-724CR At: 3PA Reset: By: Case Title: ST V HOLDEN,ERIC In Custody: U Est Time: Time: Judge: DLZ Court/Room: Dist/Sup: N Judge Disq: Notice Code: D: 05/02/2001 | | 0.00 |
| 02/13/2001 | Sentencing Info: Jdg:SDA Jail:150D Jsus:130D Fine:$1000 Fsus:$500 Lic:DL Lic Act:REV Term:001Y AS:Y Prob:003Y NCV:003Y NSV: Rest:$ Fine Cnd Prb:$ Due: Rest Cnd Prb:$ Due: | | 0.00 |

Ex. B, p. 2

02/13/2001 Sentencing Info: Jdg:SDA Jail: Jsus:                    0.00
           Fine:$ Fsus:$ Lic: Lic Act: Term: AS:
           Prob: NCV: NSV: Rest:$ Fine Cnd Prb:$
           Due: Rest Cnd Prb:$ Due:

02/13/2001 Original Amount Owed: $500.00 Amount  500.00  0.00
           Paid Before Conversion : $0.00 Amount
           Transfered : $500.00

02/13/2001 COPH: Change of Plea Hearing Prior to                  0.00
           Conversion Text: 3PA99-1622CR At:
           3PA Reset: By: Case Title: ST V
           HOLDEN,ERIC In Custody: N Est Time:
           Time: P0100 Judge: SDA Court/Room: 4
           Dist/Sup: D Judge Disq: Notice Code: D:
           01/26/2001

02/13/2001 Closed Date: Feb 13 2001                               0.00

01/26/2001 TRCA: Trial Call Prior to Conversion                  0.00
           Text: LOMBARDI/ZWINK
           PEREMPTED At: 3PA Reset: By: Case
           Title: ST V HOLDEN,ERIC In Custody:
           N Est Time: Time: A0901 Judge: SHL
           Court/Room: 5 Dist/Sup: D Judge Disq:
           Notice Code: D: 01/25/2001

12/19/2000 BAIL: Bail Prior to Conversion Text:                  0.00
           BAIL HEARING At: 3PA Reset: By:
           Case Title: ST V HOLDEN,ERIC In
           Custody: N Est Time: Time: P0230 Judge:
           NKF Court/Room: 4 Dist/Sup: D Judge
           Disq: Notice Code: D: 12/13/2000

12/13/2000 BAIL: Bail Prior to Conversion Text:                  0.00
           BAIL HEARING / STATUS At: 3PA
           Reset: By: Case Title: ST V
           HOLDEN,ERIC In Custody: N Est Time:
           Time: P0230 Judge: JKW Court/Room: 4
           Dist/Sup: D Judge Disq: Notice Code: D:
           12/12/2000

11/17/2000 BAIL: Bail Prior to Conversion Text:                  0.00
           MOTION FOR ARREST WARRANT At:
           3PA Reset: By: Case Title: ST V
           HOLDEN,ERIC In Custody: N Est Time:
           Time: A1030 Judge: GJM Court/Room: 4
           Dist/Sup: D Judge Disq: Notice Code: D:
           11/15/2000

11/13/2000 EVID: Evidentiary Hearing Prior to                    0.00
           Conversion Text: VACATED; EXP
           REQUEST TO CONT HRG; WILL BE
           RESET At: 3PA Reset: By: Case Title: ST
           V HOLDEN,ERIC In Custody: N Est
           Time: Time: Judge: JKW Court/Room: .

Ex. B, p. 3

Dist/Sup: N Judge Disq: Notice Code: D: 11/09/2000

11/03/2000 EVID: Evidentiary Hearing Prior to          0.00
Conversion Text: MOTION TO
SUPPRESS At: 3PA Reset: By: Case
Title: ST V HOLDEN,ERIC In Custody:
N Est Time: Time: P0130 Judge: JKW
Court/Room: 4 Dist/Sup: D Judge Disq:
Notice Code: D: 10/17/2000

10/13/2000 EVID: Evidentiary Hearing Prior to          0.00
Conversion Text: VACATED;
LOMBARDI PEREMPTED; RESET TO
11/3/00 At: 3PA Reset: By: Case Title: ST
V HOLDEN,ERIC In Custody: N Est
Time: Time: Judge: SHL Court/Room: .
Dist/Sup: N Judge Disq: Notice Code: D:
09/13/2000

08/18/2000 TRCA: Trial Call Prior to Conversion        0.00
Text: W/99-1622CR/ ASSIGNED TO
AVIL JUDGE CTS 1 & 2 At: 3PA Reset:
By: Case Title: ST V HOLDEN,ERIC In
Custody: N Est Time: Time: A0900
Judge: SHL Court/Room: 5 Dist/Sup: D
Judge Disq: Notice Code: D: 08/04/2000

08/04/2000 TRCA: Trial Call Prior to Conversion        0.00
Text: CTS 1 & 2 / ASSIGNED TO AVL
JUDGE At: 3PA Reset: By: Case Title: ST
V HOLDEN,ERIC In Custody: N Est
Time: Time: A0900 Judge: SHL
Court/Room: 5 Dist/Sup: D Judge Disq:
Notice Code: D: 07/14/2000

07/14/2000 TRCA: Trial Call Prior to Conversion        0.00
Text: CTS 1&2 ONLY / JUDGE
AVAILABLE ASSIGNED At: 3PA Reset:
By: Case Title: ST V HOLDEN,ERIC In
Custody: N Est Time: Time: A0900
Judge: SHL Court/Room: 5 Dist/Sup: D
Judge Disq: Notice Code: D: 07/03/2000

07/03/2000 HEAR: Hearing Prior to Conversion Text:     0.00
EXP MOTION RE: CO-COUNSEL &
PREEMPTION At: 3PA Reset: By: Case
Title: ST V HOLDEN,ERIC In Custody:
N Est Time: Time: A1100 Judge: PGA
Court/Room: 4 Dist/Sup: D Judge Disq:
Notice Code: D: 06/28/2000

06/22/2000 EVID: Evidentiary Hearing Prior to          0.00
Conversion Text: MOTION TO
DESIGNATE DEFENDANT AS CO-

Ex. B, p. 4

COUNSEL At: 3PA Reset: By: Case
Title: ST V HOLDEN,ERIC In Custody:
N Est Time: Time: P0300 Judge: PGA
Court/Room: 4 Dist/Sup: D Judge Disq:
Notice Code: D: 06/19/2000

04/05/2000 RECUSAL: Recusal of Judge Prior to                    0.00
Conversion Loc:3PA Judge:DLZ
Reason:DP Atty:0100002 New
Judge:UNK Mod Date:04/05/2000

04/03/2000 CUST: In-Custody Hearing Prior to                    0.00
Hearing Text: BAIL HEARING / PTR IN
FILED IN 3PA99-1622CR At: 3PA Reset:
By: Case Title: ST V HOLDEN,ERIC In
Custody: Y Est Time: Time: P0100 Judge:
DLZ Court/Room: 1 Dist/Sup: D Judge
Disq: Notice Code: D: 04/03/2000

03/31/2000 MTN: Motion Prior to Conversion Event:                0.00
NOTE Text: LOMBARDI/ZWINK
PEREMPTED - JUDGE AVAILABLE
Clerk: SLA Referred Date:

03/31/2000 NOTE: Tickler Note from Case Prior to                 0.00
Conversion Text: LOMBARDI/ZWINK
PEREMPTED - JUDGE AVAILABLE
At: 3PA Reset: By: Case Title: ST V
HOLDEN,ERIC In Custody: U Est Time:
Time: Judge: DLZ Court/Room: Dist/Sup:
N Judge Disq: Notice Code: D:
04/05/2000

03/31/2000 RECUSAL: Recusal of Judge Prior to                    0.00
Conversion Loc:3PA Judge:SHL
Reason:DD Atty:0100003 New
Judge:DLZ Mod Date:03/31/2000

03/25/2000 Sentencing Info: Jdg:DLZ Jail: Jsus:                  0.00
Fine:$ Fsus:$ Lic: Lic Act: Term: AS:
Prob: NCV: NSV: Rest:$ Fine Cnd Prb:$
Due: Rest Cnd Prb:$ Due:

03/25/2000 CMT: Case Comments:                                   0.00
Text:PROBATION IS TERMINATED;
REMAND AT CC ON 12/31/02

03/25/2000 CMT: Case Comments: Text:NO PROB                      0.00
CAUSE

03/25/2000 CMT: Case Comments: Text:$75                          0.00
SURCHARGE; REMAND AT CC ON
9/4/01

03/25/2000 CUST: In-Custody Hearing Prior to                     0.00
Hearing Text: DWI, REFUSAL,DWLR
At: 3PA Reset: By: Case Title: SOA VS
HOLDEN,ERIC In Custody: Y Est Time:

Ex. B, p. 5

Time: A0830 Judge: DLZ Court/Room: 1
Dist/Sup: D Judge Disq: Notice Code: D:
03/25/2000

03/25/2000 Filed Date: Mar 25 2000                          0.00

03/25/2000 All Records Prior to 08/05/02 are                0.00
           Converted Records, for more information
           please come to the Clerks Office with the
           case number. or mail inquiries to: Clerks
           Office 435 S. Denali Palmer, AK 99645