Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>               Petitioner,<br><br>vs.<br><br>DAVID W. MARQUEZ,<br><br>               Respondent. | Case No. 3:06-cv-0093-TMB<br><br>**MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO REPORT AND RECOMMENDATION**<br><br>*Filed on Shortened Time* |

       Petitioner, Eric Jay Holden, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time to respond to the initial report and recommendation to dismiss Mr. Holden's amended petition.  The objections are due on Wednesday, January 3, 2006; Ms. Geddes proposes to file them by noon on Tuesday, January 9, 2007.  Ms. Geddes was on leave three days last week, and is out this entire week on personal and administrative leave.  She had hoped to complete her objections before she left on leave but she was not able to do so.  She will return to the office on Monday, January 8, 2007.

DATED this 3rd day of January 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on January 3, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Diane Wendlandt, Esq.
Doug Kossler, Esq.

/s/ Mary C. Geddes