UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>            Petitioner,<br><br>vs.<br><br>DAVID W. MARQUEZ,<br><br>            Respondent. | Case No. 3:06-cv-0093-TMB<br><br>**PROPOSED ORDER** |

After due consideration of petitioner's Motion to Extend Time for Filing Objections to Report and Recommendation (Filed on Shortened Time), the court GRANTS the motion.

IT IS HEREBY ORDERED that Petitioner Eric Holden has until noon on Tuesday, January 9, 2007, to file his objections to the Magistrate Judge's initial report and recommendation.

DATED January _____, 2007, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE