Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>                Petitioner,<br><br>vs.<br><br>DAVID W. MARQUEZ,<br><br>                Respondent. | Case No. 3:06-cv-0093-TMB<br><br>**SUPPLEMENTAL SUBMISSION TO PETITIONER'S OBJECTION** |

       Petitioner Eric Holden, through the undersigned, yesterday wrote and today filed objections to this court's initial report and recommendation that Mr. Holden's petition be dismissed. In that document, Mr. Holden requested that the record be re-opened on the question of whether he was still "in custody" for habeas purposes. After the filing of this objection, and while she was out of the office, counsel for Mr. Holden received additional documentation which supports this application. (Exhibits A through D, attached.)

       The documents reflect that Mr. Holden has a pending appeal in state prosecution 3PA-S03-2472 Cr., which is Case No. A09153 in the Court of Appeals. (The parties to this appeal are the same parties in this habeas case.) The judgment reflects a conviction for Felony Refusal

under AS 28.35.032. The indictment shows that one of the two predicates for this felony charge was his conviction in 3PA-S00-488 Cr. The conviction in 3PA-S00-488 Cr. is the subject of Mr. Holden's federal habeas application. Mr. Holden received a sentence of two years and six months to serve. Mr. Holden himself has been confused in identifying pursuant to which case he is confined, but with the receipt of these documents, it appears the conditions of home confinement and electronic monitoring to which he is subject are conditions of bail pending his appeal of the Felony Refusal condition.

DATED this 9th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax: (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 9, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Diane L. Wendlandt, Esq.

/s/ Mary C. Geddes