1

2      IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

3              THIRD JUDICIAL DISTRICT AT PALMER

4      STATE OF ALASKA,                          )

5              Plaintiff,                         )
                                                  )
6          vs.                                    )          FILED IN OPEN COURT
                                                  )             10-15 04
7      ERIC J. HOLDEN,                            )                 _Pa_
       DOB: 8/8/1949                              )
8      APSIN ID: 0335634                          )
       DMV NO. 0335634                            )
9      SSN: 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                           )
       ATN: 108-902-142                           )
10                                                )
                                                  )
11             Defendant.                         )
       _____     )
12     No. 3PA-S03-2472   CR

13                        **INDICTMENT**

14     I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2)
       residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a
15     crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

       The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

16

17                    Count I - AS 28.35.030(n)
                    Felony Driving Under The Influence
18                      Eric J. Holden -  001

19                    Count II - AS 28.35.032(p)
                    Felony Refusal To Submit To Chemical Test
20                      Eric J. Holden -  002

21     THE GRAND JURY CHARGES:

22                            **Count I**

23          That on or about the 21st day of November, 2003, at or near Wasilla in the

24     Third Judicial District, State of Alaska, ERIC J. HOLDEN drove or operated a motor

25     vehicle either (a) while under the influence of an alcoholic beverage, inhalant, or

26     controlled substance or (b) when there was 0.08% or more by weight of alcohol in his

DISTRICT ATTORNEY, STATE OF ALASKA
11921 PALMER WASILLA HWY., SUITE 100
PALMER, ALASKA 99645
PHONE: (907) 745-6027

blood or when there was 0.08 grams or more of alcohol per 210 liters of his breath, or (c) both, and Eric J. Holden has been previously convicted in this or another jurisdiction two or more times of driving while intoxicated, refusal to submit to a chemical test, or similar offenses since January 1, 1996, to wit:  3PA-S99-1622 and 3PA-S00-488.

All of which is a class C felony offense being contrary to and in violation of AS 28.35.030(n) and against the peace and dignity of the State of Alaska.

### Count II

That on or about 21st day of November, 2003, at or near Wasilla in the Third Judicial District, State of Alaska, ERIC J. HOLDEN while under arrest for an offense arising out of acts alleged to have been committed while the person was driving while intoxicated, refused the request by a law enforcement officer to provide a sample of his/her breath for testing as to its alcoholic content as authorized under AS 28.35.031(a), Implied Consent, and after being advised of the consequences of a refusal as required in AS 28.35.032(a), and the defendant has been previously convicted in this or another jurisdiction two or more times of driving while intoxicated, refusal to submit to a chemical test, or similar offenses since January 1, 1996, to wit:  3PA-S99-1622 CR and 3PA-S00-488 CR.

All of which is a class C felony offense being contrary to and in violation of AS 28.35.032(p) and against the peace and dignity of the State of Alaska.

DATED this ___ day of October, 2004 at Palmer, Alaska.

A true bill

_____
Grand Jury Foreperson

_____
Rachel K. Gernat
Assistant District Attorney, No. 9711095

WITNESSES EXAMINED BEFORE THE GRAND JURY:
WPD Officer Scott Vukich

DISTRICT ATTORNEY, STATE OF ALASKA
11921 PALMER WASILLA HWY., SUITE 100
PALMER, ALASKA 99645
PHONE: (907) 745-5027