IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT PALMER

STATE OF ALASKA           )
                          )
          Plaintiff,      )
                          )
vs.                       )
                          )
ERIC HOLDEN               )
                          )  CASE NO. 3PA-03-2472 CR
          Defendant.      )
DOB: 08/08/49  SSN: 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 )  JUDGMENT AND COMMITMENT
ID No. 0335634  ATN 108902142

Defendant has been convicted upon <u>a plea of no contest</u> of

| Count | Date of Offense | Offense | Statute Violated | DV Offense Per AS 18.66.990(3)&(5) (Yes or No) |
|---|---|---|---|---|
| 2 | 11/21/03 | Refusal to Sumbit to Chemical Test | 28.35.032(a) | No |

and the following charges were dismissed:

| Count | Date of Offense | Offense |
|---|---|---|
| 1 | 11/21/03 | DUI |
| 3 | 11/21/03 | Resisting |
| 4 | 11/21/03 | DWLS |

Holden v. Marquez                                                    Exhibit B
Case No. 3:06-cv-0093-TMB                                           Page 1 of 2

Page 1 of 4                                                         AS 12.55
CR-475wt (1/05)(cs)                                            Crim. R. 32-32.5
JUDGMENT AND COMMITMENT – SUPERIOR COURT              App. R. 215

State vs. ERIC HOLDEN                                  Case No. 3PA-03-2472 CR

Defendant came before the court on (sentencing date) March 4, 2005 with counsel, Gene Cyrus, and the District Attorney present.

IT IS ORDERED that the defendant is hereby committed to the care and custody of the Commissioner of the Department of Corrections for the following period(s): TWO (2) years and SIX (6) months to serve. Defendant shall remand on April 11, 2005 at Mat-Su Pretrial Facility at 7:45 am.

This sentence is:

☒ all or partially presumptive. The defendant is ineligible for parole, except as provided in AS 33.16.090(b) and (c).

☐ non-presumptive. The defendant is eligible for parole.

IT IS ORDERED that the defendant is fined $10,000 to be paid at a rate of $2,500 per year.

SURCHARGE. IT IS ORDERED that defendant pay the following surcharge within 10 days:

| Count | Surcharge Amount |
|---|---|
| 2 | $100 |

DNA IDENTIFICATION. If this conviction is for a "crime against a person" as defined in AS 44.41.035(j), or a felony under AS 11 or AS 28.35, the defendant is ordered to provide samples for the DNA Registration System when requested to do so by a health care professional acting on behalf of the state and to provide oral samples when requested by a correctional, probation, parole or peace officer. AS 12.55.015(h).

IT IS RECOMMENDED

Holden v. Marquez
Case No. 3:06-cv-0093-TMB

Exhibit B
Page 2 of 2

Page 2 of 4
CR-475wt (1/05)(cs)
JUDGMENT AND COMMITMENT – SUPERIOR COURT

AS 12.55
Crim. R. 32-32.5
App. R. 215