| Appellate Forms | Opinions/Rules | Alaska Court System | Comments/Register | Lookup Case |

**Case Name:** Eric Holden vs State of Alaska

**Case Number:** A09153     **Case Status:** Briefing Stage

**Date Opened:** 4/8/05     **Sealed:**

**Case Manager:** Connie Peterson     **Telephone:** 2640630

| General Info | Record/Transcript | Opening Pleadings | Oral Argument | Parties |
| Briefs | Motions/Orders | Sua Sponte Orders | Publication Info | Attorneys |

| | | | |
|---|---|---|---|
| **Case Type** | 204 Appeal | **Intermediate App. Number** | |
| **Is case stayed?** | No | **Trial Court Judgment date** | 3/22/05 |
| **Date case stayed** | | **Trial Court Level** | Superior Court |
| **Is the case expedited?** | No | **Felony or misdemeanor?** | Felony |
| **Is the case sealed?** | No | **Appellate fee payment?** | Exempt |
| **Is the case consolidated?** | No | **Appellate bond payment?** | |
| **Trial Court Judge** | Smith, Eric | **Court appointed attorney?** | Yes |
| | | **PFD assignment?** | No |

**Trial Court Case Numbers**

3PA0302472CR