**Appellate Forms** | **Opinions/Rules** | **Alaska Court System** | **Comments/Register** | **Lookup Case** | **?**

**Case Name:** Eric Holden vs State of Alaska

**Case Number:** A09153

**Case Status:** Briefing Stage

**Date Opened:** 4/8/05

**Sealed:**

**Case Manager:** Connie Peterson

**Telephone:** 2640630

| General Info | Record/Transcript | Opening Pleadings | Oral Argument | Parties |
|---|---|---|---|---|
| Briefs | Motions/Orders | Sua Sponte Orders | Publication Info | Attorneys |

# List of Attorneys

| Detail | Attorney Name | Client Name |
|---|---|---|
| 0 | Lowery, Daniel L | Eric Holden |
| 1 | Terrell, Timothy W | State of Alaska |

Holden v. Marquez
Case No. 3:06-cv-0093-TMB

Exhibit D
Page 2 of 2

1 of 1

1/9/2007 11:57 AM