MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*ERIC HOLDEN v. DAVID MARQUEZ*

Case No.  3:06-cv-0093  TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

     Having reviewed Magistrate Judge Roberts' Initial Report and Recommendation on Respondent's Motion to Dismiss the Amended Petition for Writ of *Habeas Corpus* (Docket No. 18), in conjunction with the parties' Objections and Responses (Docket Nos. 26 & 28), and the Magistrate's Final Report and Recommendation, (Docket 29), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety.  Consequently, Respondent's Motion to Dismiss the Amended Petition for Writ of *Habeas Corpus*, (Docket 18), is **GRANTED.**

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: February 12, 2007