## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ERIC JAY HOLDEN,
    Plaintiff,

Case Number 3:06-cv-00093-TMB

v.

DAVID W. MARQUEZ,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the Amended Petition for Writ of Habeas Corpus is dismissed.

APPROVED:

_/s/_____
TIMOTHY M. BURGESS
United States District Judge

_____
Date: February 21, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    IDA ROMACK
Ida Romack, Clerk of Court

[306cv93TMB Judgment.wpd]{JMT2.WPT*Rev.3/03}