UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ERIC JAY HOLDEN,

                Petitioner,

     vs.

DAVID W. MARQUEZ,

                Respondent.

Case No. 3:06-cv-0093-TMB

**PROPOSED
ORDER GRANTING CERTIFICATE OF
APPEALABILITY**

      After due consideration of petitioner's Motion for a Certificate of Appealability, the court GRANTS the motion.  A Certificate of Appealability shall be issued.

      DATED _____, 2007, in Anchorage, Alaska.

_____
Timothy M. Burgess
United States District Court Judge