UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>        Petitioner,<br><br>vs.<br><br>DAVID W. MARQUEZ,<br><br>        Respondent. | Case No. 3:06-cv-0093-TMB<br><br>**ORDER GRANTING CERTIFICATE OF APPEALABILITY** |

After due consideration of petitioner's Motion for a Certificate of Appealability, the court GRANTS the motion.

DATED: May 15th, 2007, in Anchorage, Alaska.

                                                   /s/ Timothy M. Burgess
                                                   Timothy M. Burgess
                                                   United States District Court Judge