UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
JUN 14 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

07-35455

**CASE INFORMATION:**
Short Case Title: Holden v. Marquez
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: TIMOTHY M. BURGESS - 3:06-cv-00093-TMB
Date Petition Filed: 4/25/06
Date Appealed Judgment *entered*: 2/21/07
Date NOA *filed*: 3/21/07
COA Status (check one):
_5/15/07_ granted in full (attach order)   __denied in full (send record)
__granted in part (send record)             __pending

Court Reporter(s) Name and Phone Number: N/A
Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: _            Date Docket Fee billed: _
Date FP granted: _                 Date FP denied: _
Is FP pending? _No_ yes/no         Was FP Limited/Revoked?
US Government Appeal?   _No_ yes/no
Companion Cases? Please list: _
Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                 Appellee Counsel:
Mary C. Geddes                     **SEE ATTACHED**
Federal Public Defender Agency
601 West Fifth Ave., Suite 800
Anchorage, AK  99501
(907) 646-3400

Fax: 907-646-3408

__retained   __CJA   _X_ FPD   __FPD   __Other   Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: _           Address: _
Custody: _
Bail: _

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _         9th Circuit Docket Number: _

---

Name and phone number of person completing this form: Linda Christensen - 907-677-6104

**APPELLEE'S COUNSEL:**

**Diane L. Wendlandt**
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501
907-269-6256
Fax: 907-269-6270
Email: Diane_Wendlandt@law.state.ak.us   Fax: 907-646-3408

**Douglas H. Kossler**
Office of Special Prosecutions and Appeals
Alaska Department of Law
310 K Street, Suite 308
Anchorage, AK 99501
907-269-6250
Fax: 907-269-6270
Email: Douglas.Kossler@law.state.ak.us