UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 21 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS



| ERIC JAY HOLDEN, | No. 07-35455 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-06-00093-TMB |
| v. | District of Alaska, Anchorage |
| DAVID W. MARQUEZ, | ORDER |
| Respondent - Appellee. | |

RECEIVED
SEP 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: Peter L. Shaw, Appellate Commissioner.

Appellee's motion for remand and to postpone briefing schedule is granted.

The district court has issued a certificate of appealability in this appeal, which arises under 28 U.S.C. § 2254. However, the court has not stated which issue(s) satisfy the standards set forth in 28 U.S.C. § 2253(c)(2). Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of issuing a modified certificate of appealability at the court's earliest convenience. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). If the district court issues a modified certificate of appealability, the court should specify which issue or issues meet the required showing. See 28 U.S.C. § 2253(c)(3); *Asrar*, 116 F.3d at 1270.

S:\PROSE\Cmshords\2007\9-07\07-35455jw.wpd

07-35455

A new briefing schedule will be established after resolution of the certificate of appealability issue.

The Clerk shall fax a copy of this order directly to the chambers of the district court judge.

SIGNATURE REDACTED
_____
General Order 6.3(e)

S:\PROSE\Cmshords\2007\9-07\07-35455jw.wpd