# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

|  ERIC J. HOLDEN  | v. |  DAVID MARQUEZ  |

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                              CASE NO.  3:06-cv-00093-TMB

 Robin Carter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: October 10, 2007

David Marquez appealed this Court's dismissal of his petition for writ of habeas corpus under 28 U.S.C. § 2254, and the Court granted his motion for a certificate of appealability.[1] The Court of Appeals for the Ninth Circuit has requested that the Court modify its COA to specify the issue(s) upon which it grants the COA.[2]

The COA is granted as to the issue of whether the petition was filed within the applicable statute of limitations.[3]

IT IS SO ORDERED.

---

[1]  *See* Docket Nos. 30-35.

[2]  *See* Docket No. 39,

[3]  *See* FED. R. APP. P.22(b)(1); 28 U.S.C. § 2253(c); *see also Summers v. Schriro*, 481 F.3d 710 (9th Cir. 2007); *but see Hemmerle v. Schriro*, 495 F.3d 1069 (9th Cir. 2007), decided after this Court initially issued the COA.