**FILED**
OCT 26 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIC JAY HOLDEN, | No. 07-35455 |
| Petitioner - Appellant, | D.C. No. CV-06-00093-TMB |
| v. | District of Alaska, Anchorage |
| DAVID W. MARQUEZ, | |
| Respondent - Appellee. | ORDER |

**RECEIVED**
OCT 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

On September 21, 2007, this court issued an order remanding this case to the district court for the limited purpose of allowing the district court to issue a modified certificate of appealability stating which issue(s) satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

On October 10, 2007, the district court issued an order modifying the order granting a certificate of appealability to include the issue(s). Consequently, this appeal shall proceed. Briefing shall proceed as follows: appellant's opening brief is due November 26, 2007; appellee's answering brief is due December 26, 2007; and appellant's optional reply brief is due 14 days after service of appellee's answering brief.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Redacted Signature

Joseph Williams
Deputy Clerk
Local Rule 27-7

S:\PROSE\clerkords\2007\10-07\07-35455.wpd