UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>DAVID W. MARQUEZ,<br><br>    Respondent - Appellee. | No. 07-35455<br><br>D.C. No. CV-06-00093-TMB<br>District of Alaska,<br>Anchorage<br><br><br>ORDER |

Appellant's unopposed motion for an extension of time to file the opening brief is granted. The opening brief is due December 26, 2007; the answering brief is due January 25, 2008; and the optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

**SIGNATURE REDACTED**

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

pro 11.19