**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 1 0 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIC JAY HOLDEN,<br><br>Petitioner - Appellant,<br><br>v.<br><br>DAVID W. MARQUEZ,<br><br>Respondent - Appellee. | No. 07-35455<br><br>D.C. No. CV-06-00093-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

JAN 1 4 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's unopposed motion to accept the late filed opening brief is granted. The opening brief received on January 2, 2008 is ordered filed.

The answering brief is due 30 days after the date of this order.

The optional reply brief is due 14 days after service of the answering brief.

For the Court:

MOLLY C. DWYER
Acting Clerk of the Court

**REDACTED SIGNATURE**

Lorela Bragado-Sevilleña
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

pro 1.7.08